| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | NICHOLAS P. HUMY |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant ROMERO-ZEPEDA     ***E-FILED - 1/21/09*** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00646-RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS HEARING; []** |
| | ) | **ORDER** |
| ALFONSO ROMERO-ZEPEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

 Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Monday, January 5, 2009, at 9:00 a.m., be continued to Monday, January 12, 2009, at 9:00 a.m.  The continuance is requested for effective defense preparation and ongoing investigation.

 The parties further agree and stipulate that time should be excluded from and including January 5, 2009 through and including January 12, 2009, to provide defense counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the

///

///

1  United States and the defendant agree that granting the requested exclusion of time will serve the

2  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

3

4  Dated: 12/29/08
           /s/
  NICHOLAS P. HUMY
5    Assistant Federal Public Defender

6  Dated: 12/29/08
           /s/
  LAURA DURITY
7    Assistant United States Attorney

8

9  **<u>ORDER</u>**

10  The parties have jointly requested a continuance of the status hearing set for January 5,

11  2009 for effective defense preparation and ongoing investigation.

12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for Monday, January 5, 2009 be continued to Monday, January 12, 2009 at

14  9:00 a.m. as well as the period of delay from January 5, 2009, to and including January 12, 2009,

15  be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States

16  Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

17

18  Dated: 1/21/09
    /s/ Ronald M. Whyte
  RONALD M. WHYTE
19    United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [] ORDER
No. CR 08-00646      2